JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY McKELVEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELI LILLY & COMPANY,<br><br>    Defendant. | Case No. CV07-3901 CJC (CTx)<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

PURSUANT TO STIPULATION, IT IS ORDERED that all of plaintiff's claims in the above-entitled action are dismissed with prejudice pursuant to the parties' resolution of the matter, that each party shall bear its own costs and attorneys' fees, and that the Court shall retain jurisdiction to enforce the settlement agreement, if necessary.

DATED: September 23, 2008

_____
Hon. CORMAC J. CARNEY,
United States District Judge

---

CASE NO. CV-07-3901 CJC (CTX)                                                      ORDER RE DISMISSAL

51447V1